# EXHIBIT 23



EXHIBIT 9

Buczkowski
8·22·19    mc

# Madison Mechanical OS Corp.

## CONSENT OF SOLE DIRECTOR

September _15_, 2016

WHEREAS, any action required or permitted to be taken at a meeting of the board of directors of a corporation may be taken without a meeting if a unanimous written consent which sets forth the action is signed by each member of the board and is filed with the minutes of proceedings of the board; and

WHEREAS, the sole director of Madison Mechanical OS Corp. (the "Corporation"), desires to take the actions hereinafter set forth; and

WHEREAS, the Corporation has been in need of cash to fund its operations; and

WHEREAS, the stockholders of the Corporation have, between March 1, 2014 and March 31, 2015, made the aggregate capital contributions set forth next to their names:

| | |
|---|---|
| Glenn A. Haslam | $1,178,071.00 |
| Robert J. Buczkowski | $ 143,000.00 |
| Gary Garofalo | $ 283,609.00 |
| Lawrence Kraemer | $ 218,160.00 |
| Richard Lombardo | $ 218,160.00 |

WHEREAS, at all times between March 1, 2014 and March 31, 2015, the Corporation had a negative book value in excess of $2.5 Million, hence eliminating any pre-existing stockholders' equity and reflecting a business with very little value as a going concern; and

WHEREAS, the Corporation wishes to issue additional shares of its Common Stock to reflect the aggregate capital contributions made by the stockholders; and

WHEREAS, the Board desires that all of the stockholders continue to own shares of Common Stock in proportion to their aggregate capital contributions to the Corporation; and

WHEREAS, the Board has granted each stockholder the opportunity to make capital contributions on a proportionate basis and avoid any dilutive effect of such capital contributions, notwithstanding the fact that the Corporation's Articles of Incorporation provide that no stockholder shall have any preemptive right to subscribe for the Corporation's Common Stock; and

WHEREAS, the Corporation's Articles of Incorporation grant the Board full and plenary power to issue shares of Common Stock in exchange for cash contributions to the Corporation and to determine the particulars of any such issuance;

NOW, THEREFORE, the undersigned, being the sole director of the Corporation, does hereby declare that the actions expressed in the following resolutions shall be and are hereby taken by the director of the Corporation as of the date first hereinabove written:

RESOLVED, that effective April 1, 2015, the Corporation's stock certificates numbered 1 through 6 are hereby voided and that the Corporation's stock certificates numbered 7 through 11 be issued to reflect the aggregate capital contributions set forth above and the resulting shares of stock owned by the stockholders as calculated based on a consistent per share value of the Corporation from March 1, 2014 through March 31, 2015, all of such certificates to be dated as of April 1, 2015.

| Name of Shareholder | No. Shares | % of Shares |
|---|---|---|
| Glenn A. Haslam | 214.25 | 57.733% |
| Robert J. Buczkowski | 26.00 | 7.006% |
| Gary Garofalo | 51.58 | 13.90% |
| Lawrence Kraemer | 39.64 | 10.6805% |
| Richard Lombardo | 39.64 | 10.6805% |
| | 371.11 | 100.00% |

RESOLVED, that the Corporation acknowledges that certain stockholders have assigned their shares of Common Stock to a Voting Trust and accordingly, replacement stock certificates will be issued in the name of the trustee of such Voting Trust.

Glenn A. Haslam

cps/madison mechanical/consent of director to issuance of new stock certificates