IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MADISION MECHANICAL, INC., et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>TWIN CITY FIRE INSURANCE CO., et al.,<br><br>**Defendant.** | Civil Action No.: 1:17-cv-01357-SAG |

**PLAINTIFFS' OPPOSITION TO DEFENDANT TWIN CITY FIRE
INSURANCE CO.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 105, Plaintiffs Madison Mechanical, Inc., Madison Mechanical OS Corp., Madison Mechanical Contracting, LLC, Glenn A. Haslam, Gary J. Garofalo, Richard Arnold, Lawrence P. Kraemer, and Richard Lombardo hereby oppose the Motion for Summary Judgment filed by Defendant, Twin City Fire Insurance Company. The reasoning and authorities for Plaintiffs' opposition are set forth in the accompanying Memorandum in Support of Plaintiffs' Opposition to Defendant Twin City Fire Insurance Co.'s Motion for Summary Judgment.

Dated: October 10, 2019                              Respectfully submitted,

*Danielle M. Vranian*
Gary R. Jones (Fed. Bar No. 06402)
grj@bbsclaw.com
Danielle M. Vranian (Fed. Bar No. 29734)
dmv@bbsclaw.com
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202
Telephone: (410) 230-3800
Fax: (410) 230-3801

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2019, in accordance with Local Rule 102(1)(c) and Fed. R. Civ. P. 5(a), a copy of the foregoing document was filed electronically. Notice of filing will be sent via the Court's electronic filing system to the following parties:

> Charles C. Lemley, Esquire
> Anna J. Schaffner, Esquire
> Wiley Rein LLP
> 1776 K Street, NW
> Washington, D.C. 2006
> ***Attorneys for Defendant***
> ***Twin City Fire Insurance Co.***

In addition, a copy of the foregoing document was serviced via first-class mail, postage prepaid upon the following party:

> Robert Buczkowski
> 804 Winchester Drive
> Westminster, Maryland 21157
> ***Defendant***

*/s/ Danielle M. Vranian*
Danielle M. Vranian (Fed. Bar No. 29734)