# EXHIBIT 1



| | |
|---|---|
| From: | Gary Garofalo |
| Sent: | Tuesday, June 23, 2015 5:15 PM |
| To: | Bill Franey, Sr. |
| Subject: | RE: City Market - Colony Hardware - 040515027040 // Advanced Thermal Solutions 047515018335 |

FYI Glenn let Bob know he was not part of Madison's or Newco's future. Not sure if he will be retained on a 1099 basis going forward to closeout old Madison issues. Really going to miss getting emails forwarded from Derrick because Bob can't communicate.

Gary J Garofalo
CFO/Senior VP of Finance
Harkins Builders Inc.
2201 Warwick Way
Marriottsville, MD 21104
410.480.4232 (Office)
443.277.1555 (Cell)
410.480.4020 (Fax)
ggarofalo@harkinsbuilders.com

**From:** Bill Franey, Sr. [mailto:wfraney@alliant.com]
**Sent:** Tuesday, June 23, 2015 3:35 PM
**To:** Gary Garofalo
**Subject:** Fwd: City Market - Colony Hardware - 040515027040 // Advanced Thermal Solutions 047515018335

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** <dpopcil@chubb.com>
> **Date:** June 23, 2015 at 8:27:59 PM GMT+1
> **To:** Bob Buczkowski <bobb@madisonmechanical.net>
> **Cc:** Glenn Haslam <glennh@madisonmechanical.net>, "jquillinan@chubb.com" <jquillinan@chubb.com>, "Bill Franey, Sr. (wfraney@alliant.com)" <wfraney@alliant.com>
> **Subject: RE: City Market - Colony Hardware - 040515027040 // Advanced Thermal Solutions 047515018335**
>
> Bob:
>
> As you can tell from the e-mail exchanges with Colony today, they do not currently agree that they have been paid in full. Please advise as to Madison's position on the credit issue raised by Colony.
>
> As for Advanced Thermal, unless you can point to a paid when paid or paid if paid provision in a subcontract with them, this claim needs to be paid. Please advise as to how you intend to proceed.
>
> Derek
>
> **Derek Popeil**

1



MM001243

Assistant Vice President & Senior Surety Claims Counsel

Chubb & Son, a division of Federal Insurance Company
15 Mountainview Road, Warren, NJ 07059
Phone: 908-903-3182 | Fax: 908-903-5537 | dpopeil@chubb.com

This email (which includes any attachments) is intended to be read only by the person(s) to whom it is addressed. This email may contain confidential, proprietary information and may be a confidential attorney-client communication, exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.

| | |
|---|---|
| From: | Bob Buczkowski <bobb@madisonmechanical.net> |
| To: | "dpopeil@chubb.com" <dpopeil@chubb.com>, Glenn Haslam <glennh@madisonmechanical.net> |
| Cc: | "Bill Franey, Sr. (wfraney@alliant.com)" <wfraney@alliant.com>, "jquillinan@chubb.com" <jquillinan@chubb.com> |
| Date: | 06/22/2015 04:58 PM |
| Subject: | RE: City Market - Colony Hardware - 040515027040 // Advanced Thermal Solutions 047515018335 |

Derek,

See comments:

Advanced Thermal the money is owed to them for services provided and we do not have any defense other than waiting on money from Clark.

Colony Hardware- the invoices they provided were both City Market and Non-City Market jobs. For the City Market invoices- #322602 and 294037- these were paid as part of a joint check disbursement from Clark back around May 18, 2015. Copy of this is att5ached. These two invoices were paid and were offset by credit invoices for a net check of $312.19.

The other invoices that were not City Market have also been paid with the exception of # 115602 for $98.05. We have no record of that in our system and will get it cleared up between us.

Thanks-Bob



Bob Buczkowski, CPA
Madison Mechanical, Inc. CFO
410-461-7301 (O)
410-461-8470 (F)
410-984-1636 (C)

**From:** dpopeil@chubb.com [mailto:dpopeil@chubb.com]
**Sent:** Thursday, June 18, 2015 10:25 AM
**To:** Bob Buczkowski; Glenn Haslam
**Cc:** Bill Franey, Sr. (wfraney@alliant.com); jquillinan@chubb.com
**Subject:** RE: City Market - Colony Hardware - 040515027040 // Advanced Thermal Solutions

2

047515018335

Bob and Glenn:

It's been nearly 2 weeks and I still have not had a response to my requests regarding the 2 above claims. Please advise.

Derek

**Derek Popeil**
Assistant Vice President & Senior Surety Claims Counsel

Chubb & Son, a division of Federal Insurance Company
15 Mountainview Road, Warren, NJ 07059
Phone: 908-903-3182 | Fax: 908-903-5537 | dpopeil@chubb.com

This email (which includes any attachments) is intended to be read only by the person(s) to whom it is addressed. This email may contain confidential, proprietary information and may be a confidential attorney-client communication, exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.

| From: | Derek Popeil/ChubbMail |
|---|---|
| To | Bob Buczkowski <bobb@madisonmechanical.net> |
| Cc: | Glenn Haslam <glennh@madisonmechanical.net> |
| Date | 06/11/2015 12:49 PM |
| Subject | RE: City Market - Colony Hardware - 040515027040 // Advanced Thermal Solutions 047515018335 |

Bob:

Please advise.

Derek

**Derek Popeil**
Assistant Vice President & Senior Surety Claims Counsel

Chubb & Son, a division of Federal Insurance Company
15 Mountainview Road, Warren, NJ 07059
Phone: 908-903-3182 | Fax: 908-903-5537 | dpopeil@chubb.com

This email (which includes any attachments) is intended to be read only by the person(s) to whom it is addressed. This email may contain confidential, proprietary information and may be a confidential attorney-client communication, exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.

| From: | Glenn Haslam <glennh@madisonmechanical.net> |
|---|---|

3

| | |
|---|---|
| To: | "dpopeil@chubb.com" <dpopeil@chubb.com> |
| Date: | 06/05/2015 11:22 AM |
| Subject: | RE: City Market - Colony Hardware - 040515027040 // Advanced Thermal Solutions 047515018335 |

Bob can u respond

Sent via the Samsung GALAXY S® 5, an AT&T 4G LTE smartphone

-------- Original message --------
From: dpopeil@chubb.com
Date: 06/05/2015 10:19 (GMT-05:00)
To: Bob Buczkowski <bobb@madisonmechanical.net>
Cc: Glenn Haslam <glennh@madisonmechanical.net>, wfraney@alliant.com
Subject: City Market - Colony Hardware - 040515027040 // Advanced Thermal Solutions 047515018335

Bob:

Previously you were provided with the claim information on the 2 above matters. Madison has not provided me with its position and I need to provided responses. Please advise.

Regards,

Derek

**Derek Popeil**
Assistant Vice President & Senior Surety Claims Counsel

**Chubb & Son, a division of Federal Insurance Company**
15 Mountainview Road, Warren, NJ 07059
Phone: 908-903-3182 | Fax: 908-903-5537 | dpopeil@chubb.com

This email (which includes any attachments) is intended to be read only by the person(s) to whom it is addressed. This email may contain confidential, proprietary information and may be a confidential attorney-client communication, exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.

[attachment "Colony NON CMO Invoices.pdf" deleted by Derek Popeil/ChubbMail] [attachment "Colony CMO Invoices.pdf" deleted by Derek Popeil/ChubbMail]

4

MM001246

This e-mail and all attachments to it are for the sole use of the intended recipients and may contain proprietary information and trade secrets of Alliant Insurance Services, Inc. and its subsidiaries. This e-mail may also contain information which is confidential or which is protected from disclosure by privilege. Any unauthorized use, disclosure or distribution of this e-mail and its attachments is prohibited. If you are not the intended recipient, let us know by reply e-mail and then erase and destroy all electronic or other copies of this message.

MM001247