# EXHIBIT 6

| | |
|---|---|
| From: | Gary Garofalo [GGarofalo@HarkinsBuilders.com] |
| Sent: | Monday, November 23, 2015 12:45:24 PM |
| To: | Bill Franey, Sr. |
| Subject: | Re: Bob's original attorney's letter that went to each of us. |
| Attachments: | Image001.png; image1.jpeg |

ALLIANT-MM-001166



Mr. Glenn A. Haslam
Mr. Gary Garofalo
Mr. Richard Lombardo
Mr. Lawrence Kraemer
Mr. Richard G. Arnold
November 11, 2015
Page 2

| | | |
|---|---|---|
| Glenn A. Haslam | - | 54% |
| Gary Garofalo | - | 13% |
| Richard Lombardo | - | 10% |
| Lawrence Kraemer | - | 10% |
| Robert Buczkowski | - | 13% |

Is also my understanding from my client that Madison Mechanical is currently operating and has assets, primarily being accounts receivables, trucks other fixed assets. In addition to these assets, Madison Mechanical also has work in progress.

It has come to my client's attention that a new limited liability company was formed on August 20, 2015 known as Madison Mechanical Contracting, LLC. The ownership of this company is divided among the following:

Glenn A. Haslam
Gary Garofalo
Richard Lombardo
Lawrence Kraemer
Richard G. Arnold

It appears to my client that the purpose of Madison Mechanical Contracting, LLC is to divert the business and client base of Madison Mechanical for the benefit of Madison Mechanical Contracting, LLC and to the detriment of Madison Mechanical. If that is true, please consider this letter notice that such action could be considered legally improper in that such a diversion is a diversion of business opportunity directly and financially harming my firm's client. On initial review, such actions, if true, could lead to a cause of action for breach of fiduciary duty, interference with a contractual relationship, interference with an economic relationship, civil conspiracy and other potential causes of action. I am especially suspicious that this diversion of corporate opportunity and contracts is an objective of Madison Mechanical Contracting, LLC simply by the fact that the name of Madison Mechanical and Madison Mechanical Contracting, LLC are so similar.

If it is your plan to divert the contracts and corporate opportunity of Madison Mechanical, please consider this letter putting you on notice of the potential litigation liability of such actions both on a corporate and personal level. Please cease and desist any such action to divert any corporate opportunity that Madison Mechanical has to either yourselves or Madison Mechanical Contracting, LLC without the consent of my firm's client, Robert Buczkowski.

{00162128.DOCX.1}

Is this the missing page.

Sent from my iPhone
Gary Garofalo

On Nov 23, 2015, at 12:42 PM, Bill Franey, Sr. <wfraney@alliant.com> wrote:

> GG, I received page 2 of this letter. How many pages were there? Thanks Bill
>
> **William G. Franey**
> Executive Vice President
> Commercial and Corporate Group
> Alliant Americas
>
> 9901 Business Parkway
> Ste. B
> Lanham, MD  20706
>
> D  301 306 3066
> O  301 459 0055
> C  410 980 9903
> F  301 459 9521
> www.alliant.com
>
> CA License No  0C36861
>
> <image001.png>
>
> Alliant Americas is a division of Alliant Insurance Services, Inc.
>
> **From:** Gary Garofalo [mailto:GGarofalo@HarkinsBuilders.com]
> **Sent:** Monday, November 23, 2015 12:37 PM
> **To:** Bill Franey, Sr.
> **Subject:** Bob's original attorney's letter that went to each of us.

This e-mail and all attachments to it are for the sole use of the intended recipients and may contain proprietary information and trade secrets of Alliant Insurance Services, Inc. and its subsidiaries. This e-mail may also contain information which is confidential or which is protected from disclosure by privilege. Any unauthorized use, disclosure or distribution of this e-mail and its attachments is prohibited. If you are not the intended recipient, let us know by reply e-mail and then erase and destroy all electronic or other copies of this message.



ALLIANT-MM-001169

| | |
|---|---|
| From: | Gary Garofalo [GGarofalo@HarkinsBuilders.com] |
| Sent: | Monday, November 23, 2015 1:39:29 PM |
| To: | Bill Franey, Sr. |
| Subject: | Re: Bob's original attorney's letter that went to each of us. |
| Attachments: | image001.png; image002.jpg; image001.png |

Dick and I are on our way to a groundbreaking in PA. I will call you on the way back. Probably after 3:30.

Sent from my iPhone
Gary Garofalo

On Nov 23, 2015, at 1:25 PM, Bill Franey, Sr. <wfraney@alliant.com> wrote:

> GG, thanks. When is the best time to call you. Bill
>
> **William G. Franey**
> Executive Vice President
> Commercial and Corporate Group
> Alliant Americas
>
> 9901 Business Parkway
> Ste. B
> Lanham, MD 20706
>
> D 301 306 3066
> O 301 459 0055
> C 410 980 9903
> F 301 459 9521
> www.alliant.com
>
> CA License No. 0C36861
>
> 
>
> Alliant Americas is a division of Alliant Insurance Services, Inc.
>
> **From:** Gary Garofalo [mailto:GGarofalo@HarkinsBuilders.com]
> **Sent:** Monday, November 23, 2015 1:18 PM
> **To:** Bill Franey, Sr.
> **Subject:** Re: Bob's original attorney's letter that went to each of us.
>
>
> <image002.jpg>
> Sent from my iPhone
> Gary Garofalo
>
> On Nov 23, 2015, at 12:42 PM, Bill Franey, Sr. <wfraney@alliant.com> wrote:
>
>> GG, I received page 2 of this letter. How many pages were there? Thanks Bill
>>
>> **William G. Franey**
>> Executive Vice President
>> Commercial and Corporate Group
>> Alliant Americas

**ALLIANT-MM-001170**

9901 Business Parkway
Ste. B
Lanham, MD 20706

D 301 306 3066
O 301 459 0055
C 410 980 9903
F 301 459 9521
www.alliant.com

CA License No. 0C36861

<image001.png>

Alliant Americas is a division of Alliant Insurance Services, Inc.

**From:** Gary Garofalo [mailto:GGarofalo@HarkinsBuilders.com]
**Sent:** Monday, November 23, 2015 12:37 PM
**To:** Bill Franey, Sr.
**Subject:** Bob's original attorney's letter that went to each of us.

This e-mail and all attachments to it are for the sole use of the intended recipients and may contain proprietary information and trade secrets of Alliant Insurance Services, Inc. and its subsidiaries. This e-mail may also contain information which is confidential or which is protected from disclosure by privilege. Any unauthorized use, disclosure or distribution of this e-mail and its attachments is prohibited. If you are not the intended recipient, let us know by reply e-mail and then erase and destroy all electronic or other copies of this message.

This e-mail and all attachments to it are for the sole use of the intended recipients and may contain proprietary information and trade secrets of Alliant Insurance Services, Inc. and its subsidiaries. This e-mail may also contain information which is confidential or which is protected from disclosure by privilege. Any unauthorized use, disclosure or distribution of this e-mail and its attachments is prohibited. If you are not the intended recipient, let us know by reply e-mail and then erase and destroy all electronic or other copies of this message.

**ALLIANT-MM-001171**



SCARLETT, CROLL & MYERS

ROBERT B. SCARLETT
ANDREW M. CROLL
MICHAEL G. MYERS

**VIA FEDERAL EXPRESS**

Mr. Glenn A. Haslam
12154 Mt. Albert Road
Ellicott City, MD 21042

Mr. Gary Garofalo
2818 Hunt Valley Drive
Glenwood, MD 21738

Mr. Richard Lamison
3194 Dunnock Drive
West Friendship, MD 21794

Mr. Lawrence Kramer
c/o Harkins Builders, Inc.
2201 Warwick Way
Marriottsville, MD 21104

Mr. Richard G. Arnold
2929 Excelsior Springs Court
Ellicott City, MD 21042

  Re: Robert J. Buczkowski and Madison Mechanical, Inc.

Gentlemen:

  The undersigned represents Robert Buczkowski with respect to his interests in Madison Mechanical OS Corp., which owns directly, or indirectly Madison Mechanical, Inc. and Madison Contracting, LLC. It is my understanding the ownership of Madison Mechanical OS Corp. ("Madison Mechanical") is as follows: