

# EXHIBIT 12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MADISION MECHANICAL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES, et al.,<br><br>Defendants. | Civil Action No.: 1:17-cv-01357-GLR |

## AFFIDAVIT OF GLENN A. HASLAM

I, Glenn A. Haslam, hereby state and affirm as follows:

1. I am over the age of eighteen years and competent to testify.

2. The following is based upon my personal knowledge.

3. I was the president of Madison Mechanical OS Corp. and Madison Mechanical, Inc. at all times relevant to this lawsuit.

4. I became president of Madison Mechanical OS Corp. on December 26, 2007.

5. In my role as president, I oversaw all operations of the Madison entities, including the handling of insurance and insurance claims that were submitted by a representative of our company.

6. The Madison entities have a long history of working with William Franey for insurance needs. Mr. Franey provided these services and was a key advisor to the Madison owners for many years, including many years prior to the formal formation of Madison Mechanical OS Corp in 2007.

7. As a close advisor to the Madison entities, Mr. Franey did not simply take orders from the shareholders but rather offered advice, insight, and suggestions to the companies.

8. In fact, Madison purchased directors' and officers' liability coverage and employment practices liability insurance at Mr. Franey's suggestion.

9. Since at least 2009, all claims against Madison were reported through Mr. Franey or one of his associates. To my recollection claims were never reported directly to the insurance carrier.

10. In August of 2015, a new entity was formed named Madison Mechanical Contracting, LLC. I have an ownership interest in this entity as well.

11. Around this same time in August of 2015, Gary Garofalo and I discussed the insurance needs for Madison Mechanical Contracting, LLC ("MMCLLC") with Mr. Franey. We discussed the need for all types of insurance policies like that of Madison Mechanical, Inc. This would include general liability, property, excess liability, worker's compensation, pollution, directors' and officers', and employers' practices liability insurance.

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

5/8/19
Date

Glenn A. Haslam