# EXHIBIT 13

## AFFIDAVIT OF ROBERT BUCZKOWSKI

I, Robert Buczkowski, hereby state and affirm as follows:

1. I am over the age of eighteen years and competent to testify.

2. The following is based upon my personal knowledge.

3. Beginning in the spring of 2014, a capital call was made by Glenn Haslam as President and CEO of Madison Mechanical OS Corp. ("OS Corp."), which is a holding company for Madison Mechanical, Inc. ("MMI").

4. Each shareholder of OS Corp. was asked to contribute his equitable share to the capital contribution. In March and December of 2014, and throughout the months of January through March of 2015, capital calls were made by Glenn Haslam in which my equitable percentage (13%) totaled $283,609. I contributed $143,609 in total. Specifically, I only made two capital contributions. The first was in the amount of $130,000 on March 1, 2014. The second was in the amount of $13,000 on December 16, 2014. While the remaining shareholders made additional contributions during the time period from January through March of 2015, I did not.

5. As of April 1, 2015, Mr. Haslam and OS Corp diluted my ownership interest from 13% to 7.774%.

6. The dilution occurred and was effective as of April 1, 2015.

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

5/25/18
Date

Robert Buczkowski